Form SUM

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

In Re:
TechShop, Inc. Debtor(s)                                    Bankruptcy Case No.: 18–50398
                                                            Chapter: 7

Doris A. Kaelin Plaintiff(s)
vs.
Doug Busch Defendant(s)                                     Adversary Proceeding No. 20–05003
(See attachment for additional defendant(s))

## SUMMONS AND NOTICE OF SCHEDULING CONFERENCE
## IN AN ADVERSARY PROCEEDING

   YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

United States Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Andrew A. August
Steyer Lowenthal Boodrookas Alvarez
& Smith LLP
235 Pine Street, 15th Floor
San Francisco, CA 94104

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a scheduling conference in the adversary proceeding commenced by filing of the complaint will be held at the following time and place.

| **DATE:** March 24, 2020 | **TIME:** 10:00 AM |
| --- | --- |

**LOCATION:** U.S. Courthouse and Federal Bldg., 280 S 1st Street, 3rd Floor, Courtroom 11, San Jose, CA 95113

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. PLAINTIFF SHALL PROMPTLY SERVE A COPY OF THE BANKRUPTCY DISPUTE RESOLUTION PROGRAM INFORMATION SHEET ON ALL PARTIES. A COPY OF THE INFORMATION SHEET IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CANB.USCOURTS.GOV AND THE CLERK'S OFFICE.**



For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Dated: 1/31/20

Lupe Barron
Deputy Clerk

# CERTIFICATE OF SERVICE

I, Fred M. Terry _____(name), certify that service of this summons and

copy of the complaint was made _February 5, 2020_____(date) by:

☒ Mail Service: Regular, first class United States mail, postage fully pre–paid, addressed to:
EARLY GROWTH FINANCIAL SERVICES, INC., 2033 Gateway Pl., San Jose, CA 95110

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendent at:

☐ Residence Service: By leaving the process with the following adult as:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addresses to the following officer of the defendant at:

☐ Publication:The defendant was served as follows:[Describe briefly]

☐ State Law:The defendant was served pursant to the laws of State of _____,
as follows:[Describe briefly]

If service was made by personal service,by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _02/06/2020_____          Signature /s/ Fred M. Terry_____
                                      Print Name: Fred M. Terry_____
                           Business Address: 235 Pine Street, 15th Floor_____
                                              San Francisco, CA 94104_____

**ADDITIONAL PLAINTIFFS/DEFENDANTS/ALIASES NOT LISTED ON THE FIRST PAGE**

Jim Newton, Defendant

Mark Hatch, Defendant

Dan Woods, Defendant

Mark Hilberman, Defendant

Early Growth Financial Services, Inc., Defendant